Philip K. Goldstein, Esq.                                       E-FILED: 8/3/10
Nevada Bar #4275
LAW OFFICES OF PHILIP K. GOLDSTEIN, LTD.
609 South Seventh Street
Las Vegas, NV 89101
(702) 388-2004
Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | ) |
| | )   CASE NO. 10-22331 BAM |
| MARCETTA FRAZIER, | )   CHAPTER 13 |
| | ) |
| | )   Date of Hearing: 9/9/10 |
| Debtor(s). ) | Time of Hearing:3:00 P.M. |

**MOTION TO VALUE COLLATERAL, "STRIP OFF" AND MODIFY RIGHTS OF
WELLS FARGO HOME MORTGAGE (ACCT #0001)
PURSUANT TO 11 U.S.C. §506(a) AND §1322**

Now Comes, MARCETTA FRAZIER (hereinafter the "Debtor"), by and through

her attorney, PHILIP K. GOLDSTEIN, ESQ. of the LAW OFFICES OF PHILIP K.

GOLDSTEIN, LTD., and move this Court pursuant to 11 U.S.C. §506(a), and §1322, and

Bankruptcy Rules 3012 and 9014 and states:

**JURISDICTION**

The Court has jurisdiction over this matter pursuant to 28 U.S.C § 1334 and 28 U.S.C. § 157.

**STATEMENT OF FACTS**

1.      On June 30, 2010, Debtor filed a Voluntary Petition under Chapter 13, Title 11, of

the United States Code, case number 10-22331 BAM.

*(left margin, vertical text:)* Law Offices of Philip K. Goldstein, Ltd.
609 South Seventh Street
Las Vegas, Nevada 89101
(702) 388-2004 * (702) 388-2024

Law Offices of Philip K. Goldstein, Ltd.
609 South Seventh Street
Las Vegas, Nevada 89101
(702) 388-2004 * (702) 388-2024

2.      In her petition, Debtor listed her home which is located at 1848 Gentle Dawn Avenue, N. Las Vegas, Nevada, 89084 (hereinafter referred to as "Home"), with a value of $250,000 and a mortgage balance totaling $439,665.00.

3.      However, upon further investigation and an actual appraisal, the Home is valued at $190,000. (See appraisal attached hereto "Exhibit 1").

4.      At the time of filing, the "Home" was encumbered by a first mortgage with WELLS FARGO HOME MORTGAGE (ACCT. #8703). That mortgage has a balance of $350,740.00. (See mortgage statement from WELLS FARGO HOME MORTGAGE, attached hereto and marked as "Exhibit 2").

5.      On the petition date, Debtor owed money to WELLS FARGO HOME MORTGAGE (ACCT. #0001) (hereinafter the "CREDITOR WELLS FARGO HOME MORTGAGE (ACCT. #0001)", identified in Schedule D in Debtor's petition.

6.      Based on the appraisal  (Exhibit 1), the home value of $190,000, less the first mortgage balance of $351,740.00, results in negative equity, or **no** equity upon which the "CREDITOR WELLS FARGO HOME MORTGAGE (ACCT. #0001)" claim could attach.  (See Exhibits 1 through 2).

8.      "CREDITOR WELLS FARGO HOME MORTGAGE (ACCT. #0001)" claim is wholly unsecured and if the "Home" was sold at auction Creditor would receive nothing.

9.      Accordingly, the Debtor's request that this Court find that the claim of "CREDITOR WELLS FARGO HOME MORTGAGE (ACCT. #0001)" is unsecured and should be reclassified as a general unsecured claim to receive pro rata with other general unsecured creditors through the Debtor's chapter 13 plan.

**LEGAL ARGUMENT**

In *In re Zimmer*, 313 F.3d 1220 (9th Cir. 2002), the Court stated that a wholly unsecured lien holder's claim can be modified and reclassified as a general unsecured claim pursuant to 11 U.S.C.§506(a),despite the anti-modification language in §1322(b)(2). Specifically, the Court held:

> Section 506(a) divides creditors' claims into "secured...claims" and "unsecured claims." Although the conventional interpretation of "secured" might include any claim in which the creditor has a security interest in the debtor's property, § 506(a) makes clear that the status of a claim depends on the valuation of the property. An allowed claim of a creditor secured by a lien on property in which the estate has an interest ... is a secured claim to the extent of the value of such creditor's interest in the estate's interest in such property ... and is an unsecured claim to the extent that the value of such creditor's interest ... is less than the amount of such allowed claim
>
> ...
>
> To put it more simply, a claim such as a mortgage is not a "secured claim" to the extent that it exceeds the value of the property that secures it. Under the Bankruptcy Code, "secured claim" is thus a term of art; not every claim that is secured by a lien on property will be considered a "secured claim." Here, it is plain that PSB Lending's claim for the repayment of its loan is an unsecured claim, because its deed of trust is junior to the first deed of trust, and the value of the loan secured by the first deed of trust is greater than the value of the house.

Accordingly, since the claim of "CREDITOR WELLS FARGO HOME MORTGAGE (ACCT. #0001)" is wholly unsecured (in that there is no extant equity above the first mortgage in the home), Your Honor should reclassify said claim to a general unsecured claim to receive pro rata with like unsecured creditors. "CREDITOR WELLS FARGO HOME MORTGAGE (ACCT. #0001)" should also be stripped of its secured rights under State law since no maintainable security interest in the subject property exists.

Law Offices of Philip K. Goldstein, Ltd.
609 South Seventh Street
Las Vegas, Nevada 89101
(702) 388-2004 * (702) 388-2024

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Further, the debtors are not required to file an adversary proceeding to achieve the requested relief herein. Debtors may bring a motion to "strip off" "CREDITOR WELLS FARGO HOME MORTGAGE (ACCT. #0001)" consensual lien by motion. *See In re Williams*, 166 B.R. 615 (Bankr.E.D.Va.1994), *In re Fuller*, 255 B.R. 300 (Bankr.W.D.Mich.2000), *In re Hoskins*, 262 B.R. 693 (Bankr.E.D.Mich.2001), *In re King*, 290 B.R. 641 (Bankr.C.D.Ill.2003), *In re Millspaugh*, 302 B.R. 90 (Bankr.D.Idaho 2003), *Dickey v. Ben. Fin. (In re Dickey)* 293 B.R. 360 (Bankr.M.D.Pa.2003), *In re Hill*, 304 B.R. 800 (Bankr.S.D.Ohio 2003); *In re Sadala* 294 B.R. 180 (Bankr.M.D.Fla.2003), *In re Fisher*, 289 B.R. 544 (Bankr.W.D.N.Y.2003), *In re Robert,313 B.R. 545 (Bankr.N.D.N.Y.2004), In re Bennett*, 312 B.R. 843 (Bankr.W.D.Ky.2004).

## CONCLUSION

WHEREFORE, Debtor prays as follows:

1.    Find that "CREDITOR WELLS FARGO HOME MORTGAGE (ACCT. #0001)" is not a holder of a lien on the home;

2.    Immediately avoid, "Strip off", cancel and extinguish "CREDITOR WELLS FARGO HOME MORTGAGE (ACCT. #0001)" wholly unsecured claim/lien from the home pursuant to 11 U.S.C. Section 506(a);

3.    Reclassify "CREDITOR WELLS FARGO HOME MORTGAGE (ACCT. #0001)" claim as a general unsecured claim to be paid pro rata with other general unsecured creditors through the debtor's chapter 13 plan;

4.    Such other relief the Court finds appropriate.

DATED: This 30th day of July, 2010.

LAW OFFICES OF PHILIP K. GOLDSTEIN, LTD.

By: /s/ Philip K. Goldstein
    PHILIP K. GOLDSTEIN, ESQ.
    Nevada Bar #4275

Law Offices of Philip K. Goldstein, Ltd.
609 South Seventh Street
Las Vegas, Nevada 89101
(702) 388-2004 * (702) 388-2024

1
2
3
4
5
6

APN: 124-21-416-001                                    E-Filed:
Philip K. Goldstein, Esq.
Nevada Bar #4275
LAW OFFICES OF PHILIP K. GOLDSTEIN, LTD.
609 South Seventh Street
Las Vegas, NV 89101
(702) 388-2004
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In Re:                              )    CASE NO. 10-22331 BAM
        MARCETTA FRAZIER,           )    CHAPTER 13
                                    )
                                    )    Date of Hearing: 9/9/10
                            Debtor. )    Time of Hearing: 3:00 P.M.
                                    )

**PROPOSED ORDER GRANTING DEBTOR'S MOTION TO VALUE COLLATERAL,**
**"STRIP OFF" AND MODIFY RIGHTS OF WELLS FARGO HOME MORTGAGE**
**(ACCT. #0001) PURSUANT TO 11 U.S.C. §506(a) AND §1322**

This matter being heard the 9th day of September, 2010, at 3:00 p.m., with PHILIP K.

GOLDSTEIN, ESQ., appearing for Debtor, Marcetta Frazier, and Kathleen A. Leavitt appearing

as the Chapter 13 Trustee, and pursuant to notice duly given, no opposition being filed by

Creditors, and the Court having heard the representation of counsel for Debtor and the Chapter

13 Trustee, and being otherwise informed, and good cause appearing:

    **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Debtor's Motion is

hereby granted.

    **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that WELLS FARGO

HOME MORTGAGE (ACCT. #0001) shall retain its lien on the real property commonly known

*Law Offices of Philip K. Goldstein, Ltd.*
*609 South Seventh Street*
*Las Vegas, Nevada 89101*
*(702) 388-2004 * (702) 388-2024*

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

as 1848 Gentle Dawn Avenue, N. Las Vegas, Nevada 89084, until such time as Debtor has

received a Discharge of Debtor After Completion of Chapter 13 Plan.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the secured claim

filed by WELLS FARGO HOME MORTGAGE (ACCT. #0001) shall become an unsecured

claim in Debtor's Bankruptcy.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that nothing alters the

rights of WELLS FARGO HOME MORTGAGE (ACCT. #0001) under a conversion or a

dismissal of this Chapter 13 case.

DATED: This _____ day of _____, 2010.

Submitted By:

LAW OFFICES OF PHILIP K. GOLDSTEIN, LTD.

By:_____
   PHILIP K. GOLDSTEIN, ESQ.
   Nevada Bar #4275
   Attorney for Debtor

WHEN RECORDED RETURN TO:
PHILIP K. GOLDSTEIN, ESQ.
609 S. 7TH ST.
LAS VEGAS, NV 89101

Law Offices of Philip K. Goldstein, Ltd.
609 South Seventh Street
Las Vegas, Nevada 89101
(702) 388-2004 * (702) 388-2024

**ALTERNATIVE METHOD re: RULE 9021:**

In accordance with LR 9021, counsel submitting this document certifies as follows:

____ The court has waived the requirement of approval under LR 9021.

✓ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Trustee: Kathleen Leavitt/ Rick Yarnall- approved/ disapproved/ no response

Counsel appearing: _____ - approved/ disapproved

Unrepresented parties: _____- approved/ disapproved

____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

Law Offices of Philip K. Goldstein, Ltd.
609 South Seventh Street
Las Vegas, Nevada 89101
(702) 388-2004 * (702) 388-2024

###

3

EXHIBIT 1

PARKER DRISCOLL APPRAISAL
702-254-0977

File No. 10-197

## APPRAISAL OF



SINGLE FAMILY RESIDENCE

## LOCATED AT:

1848 GENTLE DAWN AVENUE
NORTH LAS VEGAS, NV 89084-2058

## CLIENT:

FRAZIER/CO PHILIP L GOLDSTEIN, LTD
609 SOUTH SEVENTH STREET
LAS VEGAS, NV 89101

## AS OF:

April 14, 2010

## BY:

HOLLY HOFMANN
PARKER DRISCOLL APPRAISAL

PARKER DRISCOLL APPRAISAL
# Residential Appraisal Report
File No. 10-197

The purpose of this appraisal report is to provide the client with a credible opinion of the defined value of the subject property, given the intended use of the appraisal.

| Client Name/Intended User | FRAZIER/CO PHILIP L GOLDSTEIN, LTD | E-mail FOUR@PKGLTD.COM | | |
|---|---|---|---|---|
| Client Address  609 SOUTH SEVENTH STREET | | City LAS VEGAS | State NV | Zip 89101 |

Additional Intended User(s)  THE PURPOSE OF THIS APPRAISAL REPORT IS TO PROVIDE THE CLIENT WITH A CREDIBLE OPINION OF THE DEFINED VALUE OF THE SUBJECT PROPERTY FOR THE SOLE AND EXCLUSIVE USE OF THE CLIENT. THERE ARE NO ADDITIONAL INTENDED USERS OF THIS APPRAISAL/SUMMARY REPORT. SEE ATTACHED LIMITING CONDITIONS.

Intended Use  THE PURPOSE OF THIS APPRAISAL REPORT IS TO PROVIDE THE CLIENT WITH A CREDIBLE OPINION OF THE DEFINED VALUE OF THE SUBJECT PROPERTY FOR THE SOLE AND EXCLUSIVE USE OF THE CLIENT. THERE ARE NO ADDITIONAL INTENDED USERS OF THIS APPRAISAL/SUMMARY REPORT. SEE ATTACHED LIMITING CONDITIONS.

| Property Address 1846 GENTLE DAWN AVENUE | | City NORTH LAS VEGAS | State NV | Zip 89084-2058 |
|---|---|---|---|---|
| Owner of Public Record FRAZIER, MARCETTA & MCCRAY, MARY | | | County CLARK | |

Legal Description ELDORADO #15-MODEL COMPLEX PLAT BOOK 115 PAGE 67 LOT 7 BLOCK 2

| Assessor's Parcel # 124-21-416-001 | Tax Year 2010 | R.E. Taxes $ 3,004.31 |
|---|---|---|
| Neighborhood Name ELDORADO #15-MODEL COMPLEX | Map Reference 24-E2 | Census Tract 3603 |

Property Rights Appraised   [X] Fee Simple   [ ] Leasehold   [ ] Other (describe) N/A

My research [X] did   [ ] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal

| Price Sale/Transfer: | Date 07/25/2007 | Price $439,675 | Source(s) COUNTY RECORDS/MLS |
|---|---|---|---|

Analysis of prior sale or transfer history of the subject property (and comparable sales, if applicable)   THE SUBJECT HAS NOT BEEN LISTED IN THE MLS WITHIN THE PAST TWELVE MONTHS.  HAS HAD ONE TRANSACTION WITHIN THE PAST THREE YEARS. FROM WIN-WIN PARDEE POOL III LLC TO MARCETTA FRAZIER AND MARY MCCRAY ON 07/25/2007 FOR $439,675. ALL SALES WERE REPORTED CLOSED WITH TYPICAL FINANCING. THE REPORTED SALES CONCESSIONS BEING PAID FOR BY THE SELLER ARE TYPICAL IN THE MARKET PLACE

Offerings, options and contracts as of the effective date of the appraisal   N/A

### Neighborhood

| | | | | | | One-Unit Housing | | Present Land Use % |
|---|---|---|---|---|---|---|---|---|
| | | | | | | PRICE | AGE | |
| Location | [ ] Urban | [X] Suburban | [ ] Rural | Property Values | [ ] Increasing | [ ] Stable | [X] Declining | $(000) (yrs) | One-Unit 80 % |
| Built Up | [X] Over 75% | [ ] 25-75% | [ ] Under 25% | Demand/Supply | [ ] Shortage | [ ] In Balance | [X] Over Supply | $(000) (yrs)  2-4 Unit 5 % |
| Growth | [ ] Rapid | [X] Stable | [ ] Slow | Marketing Time | [ ] Under 3 mths | [X] 3-6 mths | [ ] Over 6 mths | 70 Low  NEW  Multi-Family 5 % |
| | | | | | | | | 280+ High  25+  Commercial 5 % |
| | | | | | | | | 190 Pred.  1-5  Other VACANT 5 % |

Neighborhood Boundaries   I-215 TO THE NORTH, ANN RD TO THE SOUTH, REVERE ST TO THE EAST, AND ALIANTE PKWY TO THE WEST3

Neighborhood Description   THE SUBJECT IS LOCATED IN A RESIDENTIAL AREA WHERE THE HOMES ARE REASONABLY COMPATIBLE. STREET PATTERNS ARE GOOD SITES ARE ADEQUATE AND IS TYPICAL FOR THE NEIGHBORHOOD. NO NEIGHBORHOOD FACTORS WERE NOTED THAT WOULD ADVERSELY AFFECT THE SUBJECT PROPERTY.

Market Conditions (including support for the above conclusions)   PREVAILING INTEREST RATES ARE RANGING FROM 4.0% TO 10.0%. TYPICALLY SELLERS ARE PAYING FROM 0 TO 3 PERCENT IN THE MARKETING OF THEIR HOMES. MARKET CONDITIONS APPEAR TO BE DECLINING WITH DECLINING PROPERTY VALUES. THIS IS DUE TO REO, SHORT SALES, AND FORECLOSURES WITHIN THE MARKET AREA

### Site

| Dimensions SEE ATTACHED FLAT MAP | Area 7841 SQ FT | Shape RECTANGULAR | View TYPICAL |
|---|---|---|---|

Specific Zoning Classification O-L/DA   Zoning Description OPEN LAND/DEVELOPMENT AGREEMENT

Zoning Compliance   [X] Legal   [ ] Legal Nonconforming (Grandfathered Use)   [ ] No Zoning   [ ] Illegal (describe) N/A

Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use?   [X] Yes   [ ] No   If No, describe.  N/A

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | | Water | [X] | | Street ASPHALT | [X] | |
| Gas | [X] | | Sanitary Sewer | [X] | | Alley NONE/TYPICAL | | |

Site Comments   NO ADVERSE EASEMENTS OR ENCROACHMENTS WERE APPARENT. HOWEVER, MY INSPECTION WAS MADE WITHOUT THE BENEFIT OF A TITLE REPORT OR SURVEY.

### Improvements

| GENERAL DESCRIPTION | | FOUNDATION | | EXTERIOR DESCRIPTION | | INTERIOR | |
|---|---|---|---|---|---|---|---|
| Units [X] One  [ ] One with Acc. unit | | [X] Concrete Slab  [ ] Crawl Space | | Foundation Walls | CONCRETE/AVG | Floors | CPT/TIL/WD/AVG |
| # of Stories  TWO | | [ ] Full Basement  [ ] Partial Basement | | Exterior Walls | FR/STUCCO/AVG | Walls | DRYWALL/AVG |
| Type [X] Det.  [ ] Att.  [ ] S-Det./End Unit | | Basement Area  0.0000 sq. ft. | | Roof Surface | CONC TILE/AVG | Trim/Finish | WD/PAINT/AVG |
| [X] Existing  [ ] Proposed  [ ] Under Const. | | Basement Finish  N/A % | | Gutters & Downspouts NONE | | Bath Floor | TIL/AVG |
| Design (Style) 2 STORY | | [ ] Outside Entry/Exit  [ ] Sump Pump | | Window Type | SLIDE/AVG | Bath Wainscot | FIBER/AVG |
| Year Built 2005 | | | | Storm Sash/Insulated NONE | | Car Storage | [ ] None |
| Effective Age (Yrs) 1-3 | | | | Screens | YES/AVG | [X] Driveway  # of Cars 3 |
| Attic | [ ] None | Heating [X] FWA [ ] HWBB [ ] Radiant | | Amenities | | Wood Stove(s) # | Driveway Surface CONCRETE |
| [ ] Drop Stair | [ ] Stairs | [ ] Other  Fuel GAS | | [X] Fireplace(s) # 1 | [X] Fence C-BLK | [X] Garage  # of Cars 3 |
| [ ] Floor | [X] Scuttle | Cooling [X] Central Air Conditioning | | [X] Patio/Deck COVERD | [X] Porch COVERED | [ ] Carport  # of Cars |
| [ ] Finished | [ ] Heated | [ ] Individual  [ ] Other | | [ ] Pool | [ ] Other | [ ] Att.  [ ] Det.  [X] Built-in |
| Appliances  [X] Refrigerator  [X] Range/Oven  [X] Dishwasher  [X] Disposal  [X] Microwave  [ ] Washer/Dryer  [X] Other (describe) | | | | | | | |

Finished area above grade contains:   10 Rooms   4 Bedrooms   3 Bath(s)   2,959 Square Feet of Gross Living Area Above Grade

Additional Features   SUBJECT FEATURES INCLUDE, COVERED PORCH, COVERED PATIO, WOOD ENTRY, KITCHEN, AND TILE BATHS, CARPET IN LIVING AREAS, AND BEDROOMS, ETC.

Comments on the Improvements   PER INSPECTION THE APPRAISER DID OBSERVE THE EVIDENCE OF WATER DAMAGE AND ASSOCIATED ORGANIC SUBSTANCE DUE TO THE FACT THE APPRAISER IS NOT A LICENSED EXPERT IN THIS FIELD, AND THE EXTENT OF THE DAMAGE MAY NOT BE READILY VISIBLE. THE APPRAISER CANNOT DETERMINE A COST TO CURE. THEREFORE, THIS APPRAISAL HAS BEEN PERFORMED SUBJECT TO THE REQUIRED INSPECTIONS BY LICENSED EXPERTS AND REMEDIATION, IF REQUIRED. PLEASE NOTE. THE APPRAISER ASSUMES NO LIABILITY FOR FUNCTIONAL INADEQUACIES, DEFECTS, OR CONDITIONS WHICH ARE NOT READILY VISIBLE. THE APPRAISER IS NOT AN EXPERT IN THIS FIELD. IF FURTHER ASSISTANCE IS REQUESTED THE APPRAISER RECOMMENDS AN INSPECTION BY A LICENSED EXPERT IN THE FIELD



Produced using ACI software, 800.734.8727 www.aciweb.com
Page 1 of 2

This form Copyright © 2005-2008 ACI Division of ISO Claims Services, Inc.  All Rights Reserved
(gPAR™) General Purpose Appraisal Report  12/2008
(gPAR™) 12/2008

PARKER DRISCOLL APPRAISAL

# Residential Appraisal Report

File No. 10-197

| FEATURE | SUBJECT | COMPARABLE SALE NO. 1 | | COMPARABLE SALE NO. 2 | | COMPARABLE SALE NO. 3 | |
|---|---|---|---|---|---|---|---|
| | 1848 GENTLE DAWN AVENUE | 2416 MISTLE THRUSH DR | | 1839 MOONGLOW PEAK AVE | | 8101 STARPOINT RD | |
| Address | NORTH LAS VEGAS | NORTH LAS VEGAS | | NORTH LAS VEGAS | | NORTH LAS VEGAS | |
| Proximity to Subject | | 0.59 miles WNW | | 0.11 miles WNW | | 0.51 miles SE | |
| Sale Price | $ N/A | $ 194,000 | | $ 205,500 | | $ 190,000 | |
| Sale Price/Gross Liv. Area | 0.00 sq. ft. | $ 65.52 sq. ft. | | $ 69.45 sq. ft. | | $ 64.82 sq. ft. | |
| Data Source(s) | | COUNTY RECORDS/MLS | | COUNTY RECORDS/MLS | | COUNTY RECORDS/MLS | |
| Verification Source(s) | | 20100308-05088 | | 20091201-01973 | | 20100309-02855 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | | CASH | | VA | | FHA | |
| Concessions | | NO CONCESS | | SLR PD 1% | | SLR PD 1.5% | 0 |
| Date of Sale/Time | | 03/08/2010 | -3,680 | 12/01/2009 | -16,440 | 03/09/2010 | -3,800 |
| Location | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 7841 SQ FT | 8534 SQ FT | 0 | 6534 SQ FT | 0 | 7273 SQ FT | 0 |
| View | TYPICAL | TYPICAL | | TYPICAL | | TYPICAL | |
| Design (Style) | 2 STORY/AVG | 2 STORY/AVG | | 2 STORY/AVG | | 2 STORY/AVG | |
| Quality of Construction | STU/TIL/AVG | STU/TIL/AVG | | STU/TIL/AVG | | STU/TIL/AVG | |
| Actual Age | 2005 | 2003 | 0 | 2005 | 0 | 1996 | 0 |
| Condition | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Above Grade | Total Bdrms Bath | Total Bdrms Bath | | Total Bdrms Bath | | Total Bdrms Bath | |
| Room Count | 10 4 3 | 8 3 2.5 | +1,500 | 9 4 3 | 0 | 9 5 3 | 0 |
| Gross Living Area | 2,958 sq. ft. | 2,961 sq. ft. | 0 | 2,959 sq. ft. | 0 | 2,931 sq. ft. | 0 |
| Basement & Finished | NONE | NONE | | NONE | | NONE | |
| Rooms Below Grade | MLS# N/A | MLS# 1002739 DOM 53 | REO | MLS# 976482 DOM 356 | REO | MLS# 992999 DOM 120 | REO |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | FWA/C, REF | FWA/C, REF | | FWA/C, REF | | FWA/C, REF | |
| Energy Efficient Items | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Garage/Carport | 3-GARAGE | 3-GARAGE | | 3-GARAGE | | 4-GARAGE | -2,500 |
| Porch/Patio/Deck | PORCH/PATIO | PORCH/PATIO | | PORCH/PATIO | | PORCH/PATIO | |
| | N POOL/N SPA | N POOL/N SPA | | N POOL/N SPA | | POOL/SPA | -15,000 |
| Net Adjustment (Total) | | ☐ + ☒ - $ | 2,380 | ☐ + ☒ - $ | 16,440 | ☐ + ☒ - $ | 21,300 |
| Adjusted Sale Price | | Net Adj. -1.2% | | Net Adj. -8.0% | | Net Adj. -11.2% | |
| of Comparables | | Gross Adj. 2.8% $ | 191,620 | Gross Adj. 8.0% $ | 189,060 | Gross Adj. 11.2% $ | 168,700 |

Summary of Sales Comparison Approach   THE APPRAISER IS LIMITED IN THE SELECTION OF COMPARABLE SALES THAT ARE VERIFIABLE IN THE MARKET PLACE. TYPICAL BUYERS IN THE SUBJECT PRICE RANGE IN THIS LOCALITY WILL CONSIDER AND COMPARE HOMES WITHIN SEVERAL MILES FROM THE SUBJECT PROPERTY. ALL SELECTED COMPARABLES ARE IN THE SUBJECT'S COMPETITIVE MARKET AREA. THE SELECTED SALES WERE THE BEST INDICATORS IN VALUE AND MOST COMPARABLE TO THE SUBJECT.

Indicated Value by:   Sales Comparison Approach $ 190,000   Cost Approach (if developed) $ N/A   Income Approach (if developed) $ N/A
THE SALES COMPARISON APPROACH PROVIDES THE MOST DEFENSIBLE METHOD OF DETERMINING VALUE FOR SINGLE FAMILY RESIDENTIAL PROPERTIES. THE COST APPROACH HAS NO BEARING ON FINAL CONCLUSION. THE INCOME APPROACH LACKS SUFFICIENT DATA TO JUSTIFY VALUE.

This appraisal is made ☐ "as is," ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, ☒ subject to the following:
THIS IS A GENERAL PURPOSE APPRAISAL REPORT, FORM GPAR10M INTERIOR/EXTERIOR APPRAISAL/SUMMARY REPORT FOR THE SOLE AND EXCLUSIVE USE OF THE CLIENT. THERE ARE NO ADDITIONAL INTENDED USERS OF THIS APPRAISAL/SUMMARY REPORT. SUBJECT TO THE REQUIRED INSPECTIONS BY LICENSED EXPERTS AND REMEDIATION, IF REQUIRED.

Based on the scope of work, assumptions, limiting conditions and appraiser's certification, my (our) opinion of the defined value of the real property that is the subject of this report is $ 190,000 as of 04/14/2010, which is the effective date of this appraisal.



PARKER DRISCOLL APPRAISAL

### Residential Appraisal Report

File No. 10-197

| FEATURE | SUBJECT | COMPARABLE SALE NO. 4 | | COMPARABLE SALE NO. 5 | | COMPARABLE SALE NO. 6 | |
|---|---|---|---|---|---|---|---|
| | 1848 GENTLE DAWN AVENUE | 1101 GREY HOLLOW AVE | | 5812 WILLOWCREEK RD | | 2213 SADDLEBILL CT | |
| Address NORTH LAS VEGAS | | NORTH LAS VEGAS | | NORTH LAS VEGAS | | NORTH LAS VEGAS | |
| Proximity to Subject | | 0.96 miles SSE | | 0.98 miles SE | | 0.58 miles NW | |
| Sale Price | N/A | | 200,000 | | 199,900 | | 194,900 |
| Sale Price/Gross Liv. Area | 0.00 sq. ft. | 64.41 sq. ft. | | 64.38 sq. ft. | | 67.72 sq. ft. | |
| Data Source(s) | | COUNTY RECORDS/MLS | | COUNTY RECORDS/MLS | | COUNTY RECORDS/MLS | |
| Verification Source(s) | | 20100309-02068 | | LISTING | | PENDING | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | | FHA | | LISTING | | PENDING | |
| Concessions | | SLR PD 3% | 0 | LISTING | | PENDING | |
| Date of Sale/Time | | 03/09/2010 | -4,000 | LISTING | COMMENT | PENDING | COMMENT |
| Location | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 7841 SQ FT | 10450 SQ FT | 0 | 11220 SQ FT | 0 | 5663 SQ FT | 0 |
| View | TYPICAL | TYPICAL | | TYPICAL | | TYPICAL | |
| Design (Style) | 2 STORY/AVG | 2 STORY/AVG | | 2 STORY/AVG | | 2 STORY/AVG | |
| Quality of Construction | STUTIL/AVG | STUTIL/AVG | | STUTIL/AVG | | STUTIL/AVG | |
| Actual Age | 2005 | 1990 | 0 | 1990 | 0 | 2005 | 0 |
| Condition | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Above Grade | Total / Bdrms / Baths | Total / Bdrms / Baths | | Total / Bdrms / Baths | | Total / Bdrms / Baths | |
| Room Count | 10 / 4 / 3 | 9 / 4 / 3 | 0 | 9 / 4 / 3 | 0 | 9 / 4 / 3 | 0 |
| Gross Living Area | 2,959 sq. ft. | 3,106 sq. ft. | -2,190 | 3,105 sq. ft. | -2,190 | 2,878 sq. ft. | 0 |
| Basement & Finished | NONE | NONE | | NONE | | NONE | |
| Rooms Below Grade | MLB# N/A | MLS# 985581 DOM 99 | REO | MLS# 1021821 DOM 45 | SHORT SALE | MLS# 043710 DOM 358 | SHORT SALE |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | FWA/C REF | FWA/C REF | | FWA/C REF | | FWA/C REF | |
| Energy Efficient Items | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Garage/Carport | 3-GARAGE | 3-GARAGE | | 3-GARAGE | | 2-GARAGE | +2,500 |
| Porch/Patio/Deck | PORCH/PATIO | PORCH/PATIO | | PORCH/PATIO | | PORCH/PATIO | |
| | N POOL/N SPA | POOL/SPA | -15,000 | POOL/SPA | -15,000 | N POOL/N SPA | |
| Net Adjustment (Total) | | ☐ + ☒ - $ | 21,190 | ☐ + ☒ - $ | 17,190 | ☒ + ☐ - $ | 2,500 |
| Adjusted Sale Price | | Net Adj. -10.6% | | Net Adj. -8.6% | | Net Adj. 1.3% | |
| of Comparables | | Gross Adj. 10.6% $ | 178,810 | Gross Adj. 8.6% $ | 182,710 | Gross Adj. 1.3% $ | 197,400 |

Summary of Sales Comparison Approach   THE APPRAISAL IS BASED ON THE INFORMATION GATHERED BY THE APPRAISER FROM PUBLIC RECORDS, OTHER IDENTIFIED SOURCES, INSPECTION OF THE SUBJECT PROPERTY AND NEIGHBORHOOD AND SELECTION OF COMPARABLE SALES WITHIN THE SUBJECT MARKET AREA. THE ORIGINAL SOURCE OF THE COMPARABLE IS SHOWN IN THE "DATA SOURCE" SECTION OF THE MARKET GRID ALONG WITH THE SOURCE OF CONFIRMATION, IF AVAILABLE. THE ORIGINAL SOURCE IS PRESENTED FIRST. THE SOURCES AND DATA ARE CONSIDERED RELIABLE. WHEN CONFLICTING INFORMATION IS PROVIDED THE SOURCE DEEMED MOST RELIABLE HAS BEEN USED. DATA BELIEVED TO BE UNRELIABLE HAS NOT BEEN INCLUDED IN THE REPORT OR USED AS A BASIS FOR THE VALUE CONCLUSION.

PHYSICAL DEPRECIATION IS BASED ON THE ESTIMATED EFFECTIVE AGE OF THE SUBJECT PROPERTY AND STANDARD RATES OF DEPRECIATION WITHIN THE LOCAL MARKET. FUNCTIONAL AND/OR EXTERNAL DEPRECIATION, IF PRESENT, ARE SPECIFICALLY ADDRESSED IN THE APPRAISAL REPORT OR ADDENDUM.

IT IS NOT KNOWN BY THIS APPRAISER IF THERE IS ANY PENDING LEGAL ACTION AGAINST THIS BUILDER. IT IS BELIEVED THERE IS NONE. HOWEVER, THIS APPRAISER AND/OR OFFICE WILL NOT BE HELD RESPONSIBLE IF ANY INFORMATION HAS BEEN WITHHELD. IT IS THIS APPRAISERS OPINION THAT THE WORKMANSHIP IS CONSISTENT WITH OTHER HOMES IN THIS AREA. ADDITIONALLY, THERE WERE NO OBVIOUS DEFICIENCIES NOTED AT THE TIME OF INSPECTION.

IN ADDITION, THE APPRAISER MAKES NO WARRANTIES AS TO THE OWNER'S ATTAINMENT OF PERMITS FOR ANY MODIFICATIONS TO THE SUBJECT PROPERTY AND ACCEPTS NO LIABILITY FOR ANY NON DISCLOSURE

NO VALUE WAS GIVEN TO PERSONAL PROPERTY.

BANK ACTIVITY ACCOUNTS FOR 73% OF COMPARABLE TRANSFERS FOR THE PRIOR 12 MONTHS AND 79% OF CURRENT COMPARABLE ACTIVE LISTINGS AND PENDING SALES.

COUNTY RECORDS REFLECT PREVIOUS OWNER AND CURRENT OWNER. THEREFORE, SHORT SALE TRANSFERS MAY APPEAR TO BE OPEN MARKET. THE TRANSFERS ALSO INCLUDE PRIVATE TRANSFER ACTIVITY WHICH IS NOT INCLUDED IN THE MLS DATA PRESENTED. FURTHER, COUNTY RECORDS MAY NOT REFLECT THE MOST RECENT CLOSED MLS TRANSFERS DUE TO THE DELAY IN RECORDING

REO/SHORT SALES HAVE BEEN UTILIZED IN THE PREPARATION OF THIS REPORT DUE TO THE FACT THEY ARE DRIVING THE MARKET.

COMPARABLE #5 IS A LISTING. THIS COMPARABLE WAS USED BECAUSE IT IS SIMILAR IN GROSS LIVING AREA, AND STYLE AND IS A GOOD INDICATOR OF VALUE. NO WEIGHT HAS BEEN GIVEN TO THIS COMPARABLE DUE TO THE FACT IT IS A LISTING.

COMPARABLE #6 IS A PENDING SALE. THIS COMPARABLE WAS USED BECAUSE IT IS SIMILAR IN GROSS LIVING AREA AND, STYLE AND IS A GOOD INDICATOR OF VALUE. NO ADJUSTMENTS FOR SALES TO LIST PRICE RATIO HAVE BEEN MADE DUE TO THE FACT THIS THE CONTRACTED PRICE IS LISTED IN THE MLS. NO WEIGHT HAS BEEN GIVEN TO THIS COMPARABLE DUE TO THE FACT IT IS A PENDING SALE.

LOW TO HIGH RANGE OF COMPARABLE ADJUSTED SALES PRICES IS GREATER THAN 20% OF INDICATED VALUE BY SALES COMPARISON APPROACH. THIS IS DUE TO BANK ACTIVITY WITHIN THE MARKET AREA

Produced using ACI software, 800.234.8727 www.aciweb.com
Additional Comments Addendum

The File Copyright © 2005-2008 ACI Division of ISO Claims Services, Inc. - All Rights Reserved.
bpFAR™ is Claimpal Programs Appraisal Report 12/2008
GPAR1007_09 09 2008



File No. 10-197

## Scope of Work, Assumptions and Limiting Conditions

Scope of work is defined in the Uniform Standards of Professional Appraisal Practice as " the type and extent of research and analyses in an assignment." In short, scope of work is simply what the appraiser did and did not do during the course of the assignment. It includes, but is not limited to: the extent to which the property is identified and inspected, the type and extent of data researched, the type and extent of analyses applied to arrive at opinions or conclusions.

The scope of this appraisal and ensuing discussion in this report are specific to the needs of the client, other identified intended users and to the intended use of the report. This report was prepared for the sole and exclusive use of the client and other identified intended users for the identified intended use and its use by any other parties is prohibited. The appraiser is not responsible for unauthorized use of the report.

The appraiser's certification appearing in this appraisal report is subject to the following conditions and to such other specific conditions as are set forth by the appraiser in the report. All extraordinary assumptions and hypothetical conditions are stated in the report and might have affected the assignment results.

1. The appraiser assumes no responsibility for matters of a legal nature affecting the property appraised or title thereto, nor does the appraiser render any opinion as to the title, which is assumed to be good and marketable. The property is appraised as though under responsible ownership.

2. Any sketch in this report may show approximate dimensions and is included only to assist the reader in visualizing the property. The appraiser has made no survey of the property.

3. The appraiser is not required to give testimony or appear in court because of having made the appraisal with reference to the property in question, unless arrangements have been previously made thereto.

4. Neither all, nor any part of the content of this report, copy or other media thereof (including conclusions as to the property value, the identity of the appraiser, professional designations, or the firm with which the appraiser is connected), shall be used for any purposes by anyone but the client and other intended users as identified in this report, nor shall it be conveyed by anyone to the public through advertising, public relations, news, sales, or other media, without the written consent of the appraiser.

5. The appraiser will not disclose the contents of this appraisal report unless required by applicable law or as specified in the Uniform Standards of Professional Appraisal Practice.

6. Information, estimates, and opinions furnished to the appraiser, and contained in the report, were obtained from sources considered reliable and believed to be true and correct. However, no responsibility for accuracy of such items furnished to the appraiser is assumed by the appraiser.

7. The appraiser assumes that there are no hidden or unapparent conditions of the property, subsoil, or structures, which would render it more or less valuable. The appraiser assumes no responsibility for such conditions, or for engineering or testing, which might be required to discover such factors. This appraisal is not an environmental assessment of the property and should not be considered as such.

8. The appraiser specializes in the valuation of real property and is not a home inspector, building contractor, structural engineer, or similar expert, unless otherwise noted. The appraiser did not conduct the intensive type of field observations of the land intended to seek and discover property defects. The viewing of the property and any improvements is for purposes of developing an opinion of the defined value of the property, given the intended use of this assignment. Statements regarding condition are based on surface observations only. The appraiser claims no special expertise regarding issues including, but not limited to: foundation settlement, basement moisture problems, wood destroying (or other) insects, pest infestation, radon gas, lead based paint, mold or environmental issues. Unless otherwise indicated, mechanical systems were not activated or tested.

This appraisal report should not be used to disclose the condition of the property as it relates to the presence/absence of defects. The client is invited and encouraged to employ qualified experts to inspect and address areas of concern. If negative conditions are discovered, the opinion of value may be affected.

Unless otherwise noted, the appraiser assumes the components that constitute the subject property improvements) are fundamentally sound and in working order.

Any viewing of the property by the appraiser was limited to readily observable areas. Unless otherwise noted, attics and crawl space areas were not accessed. The appraiser did not move furniture, floor coverings or other items that may restrict the viewing of the property.

9. Appraisals involving hypothetical conditions related to completion of new construction, repairs or alteration are based on the assumption that such completion, alteration or repairs will be competently performed.

10. Unless the intended use of this appraisal specifically includes issues of property insurance coverage, this appraisal should not be used for such purposes. Reproduction or Replacement cost figures used in the cost approach are for valuation purposes only, given the intended use of the assignment. The Definition of Value used in this assignment is unlikely to be consistent with the definition of Insurable Value for property insurance coverage/use.

11. The ACI General Purpose Appraisal Report (GPAR™) is not intended for use in transactions that require a Fannie Mae 1004/Freddie Mac 70 form, also known as the Uniform Residential Appraisal Report (URAR)

Additional Comments Related To Scope Of Work, Assumptions and Limiting Conditions
THE PURPOSE OF THIS APPRAISAL REPORT IS TO PROVIDE THE CLIENT WITH A CREDIBLE OPINION OF VALUE OF THE SUBJECT PROPERTY, FOR THE SOLE AND EXCLUSIVE USE OF THE CLIENT, THERE ARE NO ADDITIONAL INTENDED USERS OF THIS APPRAISAL/SUMMARY REPORT.



File No. 10-197

## Appraiser's Certification

The appraiser(s) certifies that, to the best of the appraiser's knowledge and belief:

1. The statements of fact contained in this report are true and correct.

2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are the appraiser's personal, impartial, and unbiased professional analyses, opinions, and conclusions.

3. Unless otherwise stated, the appraiser has no present or prospective interest in the property that is the subject of this report and has no personal interest with respect to the parties involved.

4. The appraiser has no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

5. The appraiser's engagement in this assignment was not contingent upon developing or reporting predetermined results.

6. The appraiser's compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

7. The appraiser's analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

8. Unless otherwise noted, the appraiser has made a personal inspection of the property that is the subject of this report.

9. Unless noted below, no one provided significant real property appraisal assistance to the appraiser signing this certification. Significant real property appraisal assistance provided by:
N/A

Additional Certifications:
N/A

---

Definition of Value:  [X] Market Value    [ ] Other Value:
Source of Definition: FANNIE MAE FORM 1004 MARCH 2005

DEFINITION OF MARKET VALUE

THE MOST PROBABLE PRICE WHICH A PROPERTY SHOULD BRING IN A COMPETITIVE AND OPEN MARKET UNDER ALL CONDITIONS REQUISITE TO A FAIR SALE, THE BUYER AND SELLER, EACH ACTING PRUDENTLY, KNOWLEDGEABLY AND ASSUMING THE PRICE IS NOT AFFECTED BY UNDUE STIMULUS.  IMPLICIT IN THIS DEFINITION IS THE CONSUMMATION OF A SALE AS OF A SPECIFIED DATE AND THE PASSING OF TITLE FROM SELLER TO BUYER UNDER CONDITIONS WHEREBY: (1) BUYER AND SELLER ARE TYPICALLY MOTIVATED; (2) BOTH PARTIES ARE WELL INFORMED OR WELL ADVISED, AND EACH ACTING IN WHAT HE OR SHE CONSIDERS HIS OR HER OWN BEST INTEREST; (3) A REASONABLE TIME IS ALLOWED FOR EXPOSURE IN THE OPEN MARKET; (4) PAYMENT IS MADE IN TERMS OF CASH IN US DOLLARS OR IN TERMS OF FINANCIAL ARRANGEMENTS COMPARABLE THERETO; AND (5) THE PRICE REPRESENTS THE NORMAL CONSIDERATION FOR THE PROPERTY SOLD UNAFFECTED BY SPECIAL OR CREATIVE FINANCING OR SALES CONCESSIONS GRANTED BY ANYONE ASSOCIATED WITH THE SALE.

THE PURPOSE OF THIS APPRAISAL REPORT IS TO PROVIDE THE CLIENT WITH A CREDIBLE OPINION OF THE VALUE OF THE SUBJECT PROPERTY, FOR THE SOLE AND EXCLUSIVE USE OF THE CLIENT, THERE ARE NO ADDITIONAL INTENDED USERS OF THIS APPRAISAL/SUMMARY REPORT.

---

ADDRESS OF THE PROPERTY APPRAISED:
1848 GENTLE DAWN AVENUE
NORTH LAS VEGAS, NV 89084-2056
EFFECTIVE DATE OF THE APPRAISAL: April 14, 2010
APPRAISED VALUE OF THE SUBJECT PROPERTY $ 190,000

| APPRAISER | SUPERVISORY APPRAISER |
|---|---|
| Signature: | Signature: |
| Name: HOLLY HOFMANN | Name: JAMES DRISCOLL |
| State Certification # | State Certification # A-0006362-CR |
| or License # A.0206788-INT | or License # A.0006362-CR |
| or Other (describe): State #: | State: NV |
| State: NV | Expiration Date of Certification or License: 12/31/2011 |
| Expiration Date of Certification or License: 08/31/2009 | Date of Signature: 04/20/2010 |
| Date of Signature and Report: 04/20/2010 | Date of Property Viewing: |
| Date of Property Viewing: 04/14/2010 | Degree of property viewing |
| Degree of property viewing: | [ ] Interior and Exterior [ ] Exterior Only [X] Did not personally view |
| [X] Interior and Exterior [ ] Exterior Only [ ] Did not personally view | |

PLAT MAP

| Client: FRAZIER/CO PHILIP L GOLDSTEIN, LTD | File No.: 10-197 |
| Property Address: 1848 GENTLE DAWN AVENUE | Case No.: |
| City: NORTH LAS VEGAS | State: NV | Zip: 89064-2058 |



FLOOD MAP

| Client: FRAZIER/CO PHILIP L GOLDSTEIN, LTD | File No.: 10-197 | |
|---|---|---|
| Property Address: 1848 GENTLE DAWN AVENUE | Case No.: | |
| City: NORTH LAS VEGAS | State: NV | Zip: 89084-2058 |



The District makes no warranties concerning the accuracy of this data.

**This parcel IS NOT in a 100-year flood zone.**

Parcel 12421416001

Owner FRAZIER MARCETTA

Address 1848 GENTLE DAWN

Entity North Las Vegas

Contact 702-633-1912

Flood Zone This parcel IS NOT in a 100-year flood zone.

LOCATION MAP

| Client: FRAZIER/CO PHILIP L GOLDSTEIN, LTD | | File No.: 10-197 |
|---|---|---|
| Property Address: 1848 GENTLE DAWN AVENUE | | Case No.: |
| City: NORTH LAS VEGAS | State: NV | Zip: 89084-2058 |



Comparable Sale 6
2213 SADDLEBILL CT
North Las Vegas, NV 89084-3112
(0.58 miles NW)

Subject
1848 GENTLE DAWN AVENUE
North Las Vegas, NV 89084-2058

Comparable Sale 1
2416 MISTLE THRUSH DR
North Las Vegas, NV 89084-2220
(0.59 miles WNW)

Comparable Sale 2
1839 MOONGLOW PEAK AVE
North Las Vegas, NV 89084-2062
(0.11 miles WNW)

Comparable Sale 3
6101 STARPOINT RD
North Las Vegas, NV 89031-1468
(0.51 miles SE)

Comparable Sale 4
3101 GREY HOLLOW AVE
North Las Vegas, NV 89031-1430
(0.99 miles SSE)

Comparable Sale 5
5812 WILLOWCREEK RD
North Las Vegas, NV 89031-1437
(0.98 miles SE)

0.50 mile

**FLOORPLAN**

| Client: FRAZIER/CO PHILIP L GOLDSTEIN, LTD | | File No.: 10-197 |
| Property Address: 1848 GENTLE DAWN AVENUE | | Case No.: |
| City: NORTH LAS VEGAS | State: NV | Zip: 89084-2058 |





Comments.

### AREA CALCULATIONS SUMMARY

| Code | Description | Net Size | Net Totals |
|------|-------------|----------|------------|
| GLA1 | First Floor | 1621.9 | 1621.9 |
| GLA2 | Second Floor | 1466.0 | |
| | Second Floor | -129.0 | 1337.0 |
| GAR | Garage | 622.4 | 622.4 |
| | | | |
| Net LIVABLE Area | | (Rounded) | 2959 |

### LIVING AREA BREAKDOWN

| Breakdown | | | Subtotals |
|-----------|---|---|-----------|
| **First Floor** | | | |
| | 2.0 | x 6.4 | 12.8 |
| 0.5 x | 21.0 | x 0.2 | 2.1 |
| | 1.8 | x 11.0 | 19.8 |
| | 32.0 | x 33.6 | 1075.2 |
| | 16.0 | x 32.0 | 512.0 |
| **Second Floor** | | | |
| | 32.0 | x 44.5 | 1424.0 |
| | 3.0 | x 14.0 | 42.0 |
| | 8.6 | x 15.0 | -129.0 |
| 8 Items | | (Rounded) | 2959 |

SUBJECT PROPERTY PHOTO ADDENDUM

| Client: | FRAZIER/CO PHILIP L GOLDSTEIN, LTD | | File No.: | 10-197 |
|---|---|---|---|---|
| Property Address: 1848 GENTLE DAWN AVENUE | | | Case No.: | |
| City: NORTH LAS VEGAS | | State: NV | | Zip: 89084-2058 |



FRONT VIEW OF
SUBJECT PROPERTY

Appraised Date: April 14, 2010
Appraised Value: $ 190,000



REAR VIEW OF
SUBJECT PROPERTY



STREET SCENE

SUBJECT

| Borrower: NON LENDING | File No.: 10-197 |
| Property Address: 1848 GENTLE DAWN AVENUE | Case No.: |
| City: NORTH LAS VEGAS | State: NV | Zip: 89084-2058 |
| Lender: FRAZIER/CO PHILIP L GOLDSTEIN, LTD | |










COMPARABLE PROPERTY PHOTO ADDENDUM

| Client: FRAZIER/CO PHILIP L GOLDSTEIN, LTD | | File No.: 10-197 |
| Property Address: 1848 GENTLE DAWN AVENUE | | Case No.: |
| City: NORTH LAS VEGAS | State: NV | Zip: 89084-2058 |



**COMPARABLE SALE #1**

2416 MISTLE THRUSH DR
NORTH LAS VEGAS
Sale Date: 03/08/2010
Sale Price: $ 194,000



**COMPARABLE SALE #2**

1839 MOONGLOW PEAK AVE
NORTH LAS VEGAS
Sale Date: 12/01/2009
Sale Price: $ 205,500



**COMPARABLE SALE #3**

6101 STARPOINT RD
NORTH LAS VEGAS
Sale Date: 03/09/2010
Sale Price: $ 190,000

COMPARABLE PROPERTY PHOTO ADDENDUM

| | |
|---|---|
| Client: FRAZIER/CO PHILIP L GOLDSTEIN, LTD | File No.: 10-197 |
| Property Address: 1848 GENTLE DAWN AVENUE | Case No.: |
| City: NORTH LAS VEGAS | State: NV    Zip: 89084-2058 |



**COMPARABLE SALE #4**

1101 GREY HOLLOW AVE
NORTH LAS VEGAS
Sale Date: 03/09/2010
Sale Price: $ 200,000



**COMPARABLE SALE #5**

5812 WILLOWCREEK RD
NORTH LAS VEGAS
Sale Date: LISTING
Sale Price: $ 199,900



**COMPARABLE SALE #6**

2213 SADDLEBILL CT
NORTH LAS VEGAS
Sale Date: PENDING
Sale Price: $ 184,900

**EXHIBIT 2**

**HOME MORTGAGE**

Return Mail Operations
PO Box 14411
Des Moines, IA 50306-3411

# Monthly Mortgage Statement

**Statement Date** 06/17/10
**Loan Number** 0077438703

## Customer Service

**Online**
yourwellsfargomortgage.com

**Fax**
(866) 278-1179

**Telephone**
(866) 234-8271

**Correspondence**
PO Box 10335
Des Moines IA 50306

**Hours of Operation**
Mon - Fri, 6 AM - 10 PM
Sat, 8 AM - 2 PM

**Payments**
PO Box 30427
Los Angeles CA 90030

**TTY Deaf/Hard of Hearing**
(800) 934-9998

1   AT    4023/004023/004023 016 01 AGNIJF 708

MARCETTA FRAZIER EDWARDS
1848 GENTLE DAWN AVENUE
NORTH LAS VEGAS NV 89084-2058

## Summary

| | |
|---|---|
| Payment (Principal and/or Interest, Escrow) | $2,138.38 |
| Optional Product(s) | $0.00 |
| **Current Monthly Payment 07/01/10** | **$2,138.38** |
| Overdue Payments 06/01/10 | $2,138.38 |
| Unpaid Late Charge(s) | $86.10 |
| Other Charges | $50.00 |
| **TOTAL PAYMENT DUE 07/01/10** | **$4,412.86** |

**Property Address**
1848 GENTLE DAWN AVENUE
NORTH LAS VEGAS NV 89084

| | |
|---|---|
| Unpaid Principal Balance | $351,740.00 |
| *(Contact Customer Service for your payoff balance)* | |
| Interest Rate | 5.875% |
| Interest Paid Year-to-Date | $8,610.30 |
| Taxes Paid Year-to-Date | $751.08 |
| Escrow Balance | $2,057.55 |

## Important Messages

Our records indicate your monthly payment is delinquent and a late charge has been assessed. In the future, please make your payment on or before the due date to avoid late charges and adverse credit bureau reporting. If your payment has been sent, please disregard this notice.

This is not your normal billing statement. This statement has been generated as a result of an item being returned by your bank. If you have any questions, please contact us at the number listed above. To continue your electronic withdrawals without interruption, you may submit a replacement check in the enclosed envelope or use one of the payment options listed on the back of this statement.

## Activity Since Your Last Statement

| Date | Description | Total | Principal | Interest | Escrow | Late Charge | Other |
|---|---|---|---|---|---|---|---|
| 06/17 | PMT REVERSAL | | | $1,722.06- | $416.32- | | |
| 06/17 | LATE FEE | | | | | $86.10- | |

Late charges are assessed after the close of business on the assessment date and only after all payments received have been applied.

0040230040023 AGNIJF 4023 ETM1C001 1

*Please detach and return with your payment*

| | |
|---|---|
| Loan Number | 0077438703 |
| Current Monthly Payment Due | $2,138.38 |
| Total Payment Due 07/01/10 | $4,412.86 |
| After 07/16/10 Add Late Fee | $86.10 |
| Total Amount Due After 07/16/10 | $4,498.96 |

*Check here and see reverse for address correction.*

MARCETTA FRAZIER EDWARDS

4023/004023/004023 016 01 AGNIJF 708

**HOME MORTGAGE**

WELLS FARGO HOME MORTGAGE
PO BOX 30427
LOS ANGELES CA 90030-0427

*Please specify additional funds. Any additional funds not specified will be applied first to any outstanding charges*

| | | |
|---|---|---|
| Monthly Payment x pmt amt | A | $ |
| Additional Principal | B | $ |
| Late Charges | C | $ |
| Other Charges | D | $ |
| Additional Escrow | E | $ |
| Total Amount Enclosed (Please do not send cash) | F | $ |



708  0077438703 1 100002138380222480441286042767b 0000000004845846140 9